| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>SIMONTON, ANDREA M. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, S.D. FL. | 3. Date of Report<br><br>05/15/2014 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE J, ACTIVE F/T | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>301 N. MIAMI AVE. FL8<br>MIAMI, FL 33128 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | TRUSTEE | TRUST # 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMONTON, ANDREA M. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | State of Florida, Salary |
| 2. | 2013 | U.S. government annuity |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SIMONTON, ANDREA M.** | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Revolving credit card | K |
| 2. | Capital One | Revolving credit card | K |
| 3. | Discover | Revolving credit card | J |
| 4. | Chase | Revolving credit card | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMONTON, ANDREA M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U. S. SAVINGS BONDS | A | Int./Div. | J | T | | | | | |
| 2. COINS | | None | K | W | | | | | |
| 3. TRUST # 1, TTEE & benef.: agg. values for assets##4-6, 24 | A | Int./Div. | K | W | | | | | |
| 4. - FRANKLIN HI INC. FUND CLASS A | A | Int./Div. | J | T | | | | | |
| 5. - Coins | | None | J | W | | | | | |
| 6. - JP Morgan Chase Bank | A | Interest | J | T | | | | | |
| 7. JP Morgan Chase Bank | A | Interest | K | T | | | | | |
| 8. Fla. Retirement System. Plan A30 FRS Agress Bal. Fund | | None | M | T | Buy (add'l) | 01/31/13 | J | | See comments |
| 9. Fla. Retirement System. Plan A30 FRS Agress Bal. Fund | | None | M | T | Buy (add'l) | 02/28/13 | J | | See comments |
| 10. Fla. Retirement System. Plan A30 FRS Agress Bal. Fund | | None | M | T | Buy (add'l) | 03/29/13 | J | | See comments |
| 11. Fla. Retirement System. Plan A30 FRS Agress Bal. Fund | | None | M | T | Buy (add'l) | 04/30/13 | J | | See comments |
| 12. Fla. Retirement System. Plan A30 FRS Agress Bal. Fund | | None | M | T | Buy (add'l) | 05/31/13 | J | | See comments |
| 13. Fla. Retirement System. Plan A30 FRS Agress Bal. Fund | | None | M | T | Buy (add'l) | 06/28/13 | J | | See comments |
| 14. Fla. Retirement System. Plan A30 FRS Agress Bal. Fund | | None | M | T | Buy (add'l) | 07/31/13 | J | | See comments |
| 15. Fla. Retirement System. Plan A30 FRS Agress Bal. Fund | | None | M | T | Buy (add'l) | 08/30/13 | J | | See comments |
| 16. Fla. Retirement System. Plan A30 FRS Agress Bal. Fund | | None | M | T | Buy (add'l) | 09/30/13 | J | | See comments |
| 17. Fla. Retirement System. Plan A30 FRS Agress Bal. Fund | | None | M | T | Buy (add'l) | 10/30/13 | J | | See comments |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMONTON, ANDREA M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS  *-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fla. Retirement System. Plan A30 FRS Agress Bal. Fund | | None | M | T | Buy (add'l) | 11/27/13 | J | | See comments |
| 19. Fla. Retirement System. Plan A30 FRS Agress Bal. Fund | | None | M | T | Buy (add'l) | 12/31/13 | J | | See comments |
| 20. Marsh & McLennan Co. 401(k) Plan assets: ##21-23 | | None | | | Closed | 12/24/13 | K | B | |
| 21. --Victory Inst. Diversfd Stock Fd | | None | | | Closed | 12/24/13 | J | A | |
| 22. --Vanguard Wellington Admrl Cl | | None | | | Closed | 12/24/13 | J | A | |
| 23. --PIMCO Total Return Fund | | None | | | Closed | 12/24/13 | J | A | |
| 24. -Wells Fargo Total Return Bond Fund A | A | Dividend | | | Closed | 04/15/13 | J | A | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SIMONTON, ANDREA M. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Items 8 - 19. This asset is the Florida Reitrement System Investment Plan A 30 FRS Agressive Balanced Fund. This is a 401(a) retirement plan in which my husband particiaptes as an employee of the State of Florida. Under this plan, as a part of my husband's compensation package, the State of Florida pays a percentage of my husband's monthly salary into this fund, and a percentage of his monthly wages are deducted from his pay for deposit into this fund. There are no other deposits into this fund. Column C in items 8 through 19 reflects the balance of the entire fund at the end of the reporting period, and the transactions listed in Column D, items 8 through 19, reflect the monthly deposits. The transaction code for all combined deposits, as well as each individual deposit, during the calendar year 2010 is J.

| Name of Person Reporting | Date of Report |
|---|---|
| SIMONTON, ANDREA M. | 05/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ANDREA M. SIMONTON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544